United States District Court
Southern District of Texas
**ENTERED**
June 05, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE KARL JONES DEBTOR | § § § § § § § § § § § | CIVIL ACTION NO 4:23-cv-04805<br><br>JUDGE CHARLES ESKRIDGE |

### ORDER ADOPTING
### MEMORANDUM AND RECOMMENDATION

Appellant Karl Jones, proceeding pro se, filed a Notice of Appeal from the December 19, 2023 Order Granting Relief from Automatic Stay entered in Bankruptcy Case 23-33203. Dkt 1. The matter was referred for disposition to Magistrate Judge Christina A. Bryan. Dkt 3.

Pending is a Memorandum and Recommendation by Magistrate Judge Christina A. Bryan dated April 22, 2024. Dkt 4. She recommends that this appeal be dismissed for want of prosecution because Appellant did not pay the filing fee and did not take any steps to proceed with the appeal. The underlying bankruptcy case was dismissed with prejudice on March 1, 2024. See Bankruptcy Case No 23-33203, Dkt 63.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v*

*PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 7.

This appeal is DISMISSED.

SO ORDERED.

Signed on June 5, 2024, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge